In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00559-CV
_____

GULF COAST MACHINE & SUPPLY COMPANY AND PROSPECT
CAPITAL CORPORATION, Appellants

V.

STEPHEN MORREY, Appellee

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-195691

## MEMORANDUM OPINION

The appellants, Gulf Coast Machine & Supply Company and Prospect Capital Corporation, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on May 13, 2015
Opinion Delivered May 14, 2015

Before Kreger, Horton, and Johnson, JJ.